**STATE v. BRANCH**

[359 N.C. 406 (2005)]

STATE OF NORTH CAROLINA v. MONICA D. BRANCH

No. 95PA04

(Filed 7 April 2005)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 162 N.C. App. 707, 591 S.E.2d 923 (2004), reversing an order denying a motion to suppress entered 29 August 2002 by Judge Anthony M. Brannon in Superior Court, Rockingham County. Heard in the Supreme Court 10 November 2004.

*Roy Cooper, Attorney General, by William P. Hart, Special Deputy Attorney General, for the State-appellant.*

*Staples S. Hughes, Appellate Defender, by Barbara S. Blackman, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice NEWBY did not participate in the consideration or decision of this case.